IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **BOBBY LEE RIVERS,** **AIS 152053,** | : |
| | : |
| Petitioner, | |
| vs. | :    CA 06-0750-CG-C |
| **JERRY L. FERRELL,** | : |
| Respondent. | : |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.  It is **ORDERED** that the petition for habeas corpus relief be and is hereby **DISMISSED** for petitioner's failure to comply with 28 U.S.C. § 2244(b)(3)(A).

**DONE and ORDERED** this 9th day of January, 2007.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE